**Motion to Dismiss Appeal Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed October 19, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-20-00695-CV
_____

## EAST OF CHICAGO PIZZA, LLC AND EOC OF OHIO, INC., Appellants

## V.

## RADIA ENTERPRISES, INC., Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2018-37071**

### MEMORANDUM OPINION

This is an interlocutory appeal from a September 17, 2020 order denying appellants' special appearance.  The appeal has been abated to allow the parties to complete a settlement. On October 11, 2021, appellants filed an unopposed motion to dismiss the appeal on the basis that the parties have resolved their dispute, and they have moreover agreed that each party should pay its own costs. Accordingly,

the court grants the motion, reinstates the appeal, and dismisses the appeal as moot, with each party to bear its own costs. Tex. R. App. P. 42.1(a)(1) (voluntary dismissal on motion).


PER CURIAM


Panel Consists of Justices Jewell, Spain, and Wilson.